UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § Case No. 09-10671-PSH
§
DALVINA A LANE §
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $75,540.00 | Assets Exempt: | $10,310.00 |
| Total Distributions to Claimants: | $1,517.16 | Claims Discharged Without Payment: | $24,853.21 |
| Total Expenses of Administration: | $1,437.78 | | |

3) Total gross receipts of $2,954.94 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**)**,** yielded net receipts of $2,954.94 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $248,278.00 | $0.00 | $208.99 | $208.99 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,437.78 | $1,437.78 | $1,437.78 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $21,863.00 | $11,399.38 | $11,399.38 | $1,308.17 |
| **Total Disbursements** | $270,141.00 | $12,837.16 | $13,046.15 | $2,954.94 |

4). This case was originally filed under chapter 7 on 03/27/2009. The case was pending for 26 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/17/2011     By:    /s/ David P. Leibowitz
                                      Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 02 Chevrolet Avalanche, 70,000 miles Value based | 1129-000 | $2,953.27 |
| Interest Earned | 1270-000 | $1.67 |
| **TOTAL GROSS RECEIPTS** | | **$2,954.94** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Beneficial/household Finance | 4110-000 | $1,245.00 | NA | $0.00 | $0.00 |
| | Ford Motor Credit Corporation | 4110-000 | $1,988.00 | NA | $0.00 | $0.00 |
| 0 NOFILED | GMAC | 4210-000 | $7,545.00 | $0.00 | $208.99 | $208.99 |
| | Home Loan Services Inc | 4110-000 | $237,500.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$248,278.00** | **$0.00** | **$208.99** | **$208.99** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $738.64 | $738.64 | $738.64 |
| David Leibowitz, Trustee | 2200-000 | NA | $699.14 | $699.14 | $699.14 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$1,437.78** | **$1,437.78** | **$1,437.78** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Recovery Management Systems Corporation/Assignee of HSBC Bank Nevada National | 7100-000 | $776.00 | $1,001.09 | $1,001.09 | $114.88 |
| 6 | Asset Acceptance LLC / Assignee / Retail Lane Brya | 7100-000 | $659.00 | $903.33 | $903.33 | $103.66 |
| 7 | Asset Acceptance LLC / Assignee / British Petroleu | 7100-000 | $228.00 | $582.61 | $582.61 | $66.86 |
| 8 | Asset Acceptance LLC / Assignee / Bally Total Fitn | 7100-000 | $563.00 | $466.93 | $466.93 | $53.58 |
|  | American General Finan | 7100-000 | $3,144.00 | NA | NA | $0.00 |
|  | American Medical Collection Agency | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Asset Acceptance LLC / Assignee / Heritage Chase / | 7100-000 | $2,145.00 | $3,109.81 | $3,109.81 | $356.88 |
|  | Asset Acceptance LLC / Assignee / HSBC Consumer Le | 7100-000 | $0.00 | $1,440.09 | $1,440.09 | $165.26 |
|  | Asset Acceptance LLC / Assignee /Ashley Stewart / | 7100-000 | $955.00 | $1,282.58 | $1,282.58 | $147.19 |
|  | Bank Of America | 7100-000 | $3,238.00 | NA | NA | $0.00 |
|  | Beneficial | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Chase-bp | 7100-000 | $275.00 | NA | NA | $0.00 |
|  | Citibank | 7100-000 | $2,515.00 | NA | NA | $0.00 |
|  | First Card | 7100-000 | $476.00 | NA | NA | $0.00 |
|  | Hsbc Nv | 7100-000 | $3,190.00 | NA | NA | $0.00 |
|  | Peoples Engy | 7100-000 | $559.00 | NA | NA | $0.00 |
|  | Quest Diagnostics | 7100-000 | $135.00 | NA | NA | $0.00 |
|  | Recovery Management Systems Corporation/Assignee of GE Capital - Wal-Mart, | 7100-000 | $1,775.00 | $2,612.94 | $2,612.94 | $299.86 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Sams Club | 7100-000 | $1,230.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $21,863.00 | $11,399.38 | $11,399.38 | $1,308.17 |

**UST Form 101-7-TDR (10/1/2010)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 09-10671-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | LANE, DALVINA A | Date Filed (f) or Converted (c): | 03/27/2009 (f) |
| For the Period Ending: | 5/17/2011 | §341(a) Meeting Date: | 05/06/2009 |
| | | Claims Bar Date: | 08/07/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Real Estate located at Location: 6635, Chicago I | $57,370.00 | $0.00 | DA | $0.00 | FA |
| 2  Checking account with Chase | $50.00 | $0.00 | DA | $0.00 | FA |
| 3  Misc. used household goods and furnishings | $1,250.00 | $5.00 | DA | $0.00 | FA |
| 4  Miscellaneous books, tapes, CD's etc. | $50.00 | $0.00 | DA | $0.00 | FA |
| 5  Personal Used Clothing | $300.00 | $0.00 | DA | $0.00 | FA |
| 6  Miscellaneous costume jewelry | $100.00 | $0.00 | DA | $0.00 | FA |
| 7  Western & Southern - Term Life Insurance - no ca | $0.00 | $0.00 | DA | $0.00 | FA |
| 8  Anticipated tax refund based on prior tax refund | $2,345.00 | $0.00 | DA | $0.00 | FA |
| 9  98 Ford Expedition 75,000 miles Value based on K | $3,515.00 | $1,527.00 | DA | $0.00 | FA |
| 10  02 Chevrolet Avalanche, 70,000 miles Value based | $9,650.00 | $0.00 | DA | $2,953.27 | FA |
| **Asset Notes:**  Order Authorizing Settlement entered on 08/06/09 | | | | | |
| 11  95 Chevrolet Beretta, 95,000 miles Value based o | $910.00 | $0.00 | DA | $0.00 | FA |
| 12  VOID | $0.00 | $0.00 | | $0.00 | FA |
| INT  Interest Earned  (u) | Unknown | Unknown | | $1.67 | FA |

**TOTALS (Excluding unknown value)**   **Gross Value of Remaining Assets**

$75,540.00   $1,532.00   $2,954.94   $0.00

**Major Activities affecting case closing:**
Order authorizing trustee to sell estate's interest entered on 08/6, 2009
Debtor has not made payment
2.18.10 Advance Towing and Recovery have not been able to obtain vehicle and debtor is not cooperating
John Eggum to prepare motion to revoke discharge
TFR in progress
TFR Completed for Trustee's review
TFR submitted to UST office.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 05/06/2010 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 02/28/2011 | DAVID LEIBOWITZ |

Page No: 1
FORM 2
Case 09-10671 Doc 44 Filed 07/14/11 Entered 07/14/11 15:23:40 Desc Main
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document Page 7 of 11
Exhibit 9

| **Case No.** | 09-10671-PSH | **Trustee Name:** | David Leibowitz |
|---|---|---|---|
| **Case Name:** | LANE, DALVINA A | **Bank Name:** | The Bank of New York Mellon |
| **Primary Taxpayer ID #:** | ******1549 | **Money Market Acct #:** | ******3865 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Money Market Account |
| **For Period Beginning:** | 3/27/2009 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 5/17/2011 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account | Wire in from JPMorgan Chase Bank, N.A. account ********3865 | 9999-000 | $1,500.50 | | $1,500.50 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.07 | | $1,500.57 |
| 05/21/2010 | 11001 | GMAC | Payment of lien to release Title | 4210-000 | | $208.99 | $1,291.58 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.09 | | $1,291.67 |
| 06/25/2010 | (INT) | Bank of New York Mellon | Interest | 1270-000 | $0.05 | | $1,291.72 |
| 06/25/2010 | | Sterling Bank | Transfer Funds | 9999-000 | | $1,291.72 | $0.00 |
| | | | **TOTALS:** | | $1,500.71 | $1,500.71 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $1,500.50 | $1,291.72 | |
| | | | **Subtotal** | | $0.21 | $208.99 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.21 | $208.99 | |

| **For the period of 3/27/2009 to 5/17/2011** | | **For the entire history of the account between 04/06/2010 to 5/17/2011** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.21 | Total Compensable Receipts: | $0.21 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.21 | Total Comp/Non Comp Receipts: | $0.21 |
| Total Internal/Transfer Receipts: | $1,500.50 | Total Internal/Transfer Receipts: | $1,500.50 |
| Total Compensable Disbursements: | $208.99 | Total Compensable Disbursements: | $208.99 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $208.99 | Total Comp/Non Comp Disbursements: | $208.99 |
| Total Internal/Transfer Disbursements: | $1,291.72 | Total Internal/Transfer Disbursements: | $1,291.72 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-10671-PSH | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | LANE, DALVINA A | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******1549 | | Money Market Acct #: | ******3865 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 3/27/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/17/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/09/2009 | (10) | Dalvina Lane | 2002 Chevy Avalanche | 1129-000 | $1,500.00 | | $1,500.00 |
| 07/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.03 | | $1,500.03 |
| 08/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.06 | | $1,500.09 |
| 09/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.06 | | $1,500.15 |
| 10/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.06 | | $1,500.21 |
| 11/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.06 | | $1,500.27 |
| 12/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.06 | | $1,500.33 |
| 01/29/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.05 | | $1,500.38 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.05 | | $1,500.43 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.06 | | $1,500.49 |
| 04/06/2010 | | Wire out to BNYM account ********3865 | Wire out to BNYM account ********3865 | 9999-000 | ($1,500.50) | | ($0.01) |
| 04/06/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | $0.01 | | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $0.00 | $0.00 | $0.00 |
| **Less: Bank transfers/CDs** | ($1,500.50) | $0.00 | |
| **Subtotal** | $1,500.50 | $0.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $1,500.50 | $0.00 | |

| For the period of 3/27/2009 to 5/17/2011 | | For the entire history of the account between 07/09/2009 to 5/17/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,500.50 | Total Compensable Receipts: | $1,500.50 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,500.50 | Total Comp/Non Comp Receipts: | $1,500.50 |
| Total Internal/Transfer Receipts: | ($1,500.50) | Total Internal/Transfer Receipts: | ($1,500.50) |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 09-10671-PSH | **Trustee Name:** David Leibowitz |
| **Case Name:** | LANE, DALVINA A | **Bank Name:** Sterling Bank |
| **Primary Taxpayer ID #:** | ******1549 | **Checking Acct #:** ******0671 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 3/27/2009 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 5/17/2011 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/08/2011 | | Transfer From: #******0671 | | 9999-000 | $2,745.95 | | $2,745.95 |
| 04/08/2011 | 2001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $738.64 | $2,007.31 |
| 04/08/2011 | 2002 | David Leibowitz | Trustee Expenses | 2200-000 | | $699.14 | $1,308.17 |
| 04/08/2011 | 2003 | Recovery Management Systems | Claim #: 1; Amount Claimed: 2,612.94; Amount Allowed: 2,612.94; Distribution Dividend: 11.48; | 7100-000 | | $299.86 | $1,008.31 |
| 04/08/2011 | 2004 | Recovery Management Systems | Claim #: 2; Amount Claimed: 1,001.09; Amount Allowed: 1,001.09; Distribution Dividend: 11.48; | 7100-000 | | $114.88 | $893.43 |
| 04/08/2011 | 2005 | Asset Acceptance LLC / Assignee / Heritage Chase / | Claim #: 3; Amount Claimed: 3,109.81; Amount Allowed: 3,109.81; Distribution Dividend: 11.48; | 7100-000 | | $356.88 | $536.55 |
| 04/08/2011 | 2006 | Asset Acceptance LLC / Assignee / HSBC | Claim #: 4; Amount Claimed: 1,440.09; Amount Allowed: 1,440.09; Distribution Dividend: 11.48; | 7100-000 | | $165.26 | $371.29 |
| 04/08/2011 | 2007 | Asset Acceptance LLC / Assignee /Ashley Stewart / | Claim #: 5; Amount Claimed: 1,282.58; Amount Allowed: 1,282.58; Distribution Dividend: 11.48; | 7100-000 | | $147.19 | $224.10 |
| 04/08/2011 | 2008 | Asset Acceptance LLC / Assignee / Retail Lane Brya | Claim #: 6; Amount Claimed: 903.33; Amount Allowed: 903.33; Distribution Dividend: 11.48; | 7100-000 | | $103.66 | $120.44 |
| 04/08/2011 | 2009 | Asset Acceptance LLC / Assignee / British Petroleu | Claim #: 7; Amount Claimed: 582.61; Amount Allowed: 582.61; Distribution Dividend: 11.48; | 7100-000 | | $66.86 | $53.58 |
| 04/08/2011 | 2010 | Asset Acceptance LLC / Assignee / Bally Total Fitn | Claim #: 8; Amount Claimed: 466.93; Amount Allowed: 466.93; Distribution Dividend: 11.48; | 7100-000 | | $53.58 | $0.00 |
| | | | **TOTALS:** | | $2,745.95 | $2,745.95 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $2,745.95 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $2,745.95 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $2,745.95 | |

| For the period of 3/27/2009 to 5/17/2011 | | For the entire history of the account between 04/08/2011 to 5/17/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $2,745.95 | Total Internal/Transfer Receipts: | $2,745.95 |
| | | | |
| Total Compensable Disbursements: | $2,745.95 | Total Compensable Disbursements: | $2,745.95 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,745.95 | Total Comp/Non Comp Disbursements: | $2,745.95 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-10671-PSH | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | LANE, DALVINA A | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******1549 | | Money Market Acct #: | ******0671 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 3/27/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/17/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/25/2010 | | Bank of New York Mellon | Transfer Funds | 9999-000 | $1,291.72 | | $1,291.72 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.01 | | $1,291.73 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.05 | | $1,291.78 |
| 08/31/2010 | | Dalvina A Lane | Refund to Debtor Pursuant to Order Granted on 08/12/2010 | 1129-000 | $1,196.73 | | $2,488.51 |
| 08/31/2010 | | DEP REVERSE: Dalvina A Lane | Refund to Debtor Pursuant to Order Granted on 08/12/2010 | 1129-000 | ($1,196.73) | | $1,291.78 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.05 | | $1,291.83 |
| 08/31/2010 | 3000 | Dalvina A Lane | Refund to Debtor Pursuant to Order Granted on 08/12/2010 | 1229-000 | ($1,196.73) | | $95.10 |
| 09/01/2010 | | Albany, Inc., | | * | $2,650.00 | | $2,745.10 |
| | {10} | | $3,400.00 | 1129-000 | | | $2,745.10 |
| | {10} | | Sale Fee $(150.00) | 1129-000 | | | $2,745.10 |
| | {10} | | Storage Fees from 02/19/10 - 08/19/2010 $(600.00) | 1129-000 | | | $2,745.10 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.12 | | $2,745.22 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.12 | | $2,745.34 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.11 | | $2,745.45 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.12 | | $2,745.57 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.12 | | $2,745.69 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.11 | | $2,745.80 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.12 | | $2,745.92 |
| 04/08/2011 | (INT) | Sterling Bank | Account Closing Interest As Of 4/8/2011 | 1270-000 | $0.03 | | $2,745.95 |
| 04/08/2011 | | Transfer To: #******0671 | | 9999-000 | | $2,745.95 | $0.00 |
| | | | **TOTALS:** | | $2,745.95 | $2,745.95 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $1,291.72 | $2,745.95 | |
| | | | **Subtotal** | | $1,454.23 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $1,454.23 | $0.00 | |

**For the period of 3/27/2009 to 5/17/2011**

| | |
|---|---|
| Total Compensable Receipts: | $1,454.23 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,454.23 |
| Total Internal/Transfer Receipts: | $1,291.72 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,745.95 |

**For the entire history of the account between 06/25/2010 to 5/17/2011**

| | |
|---|---|
| Total Compensable Receipts: | $1,454.23 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,454.23 |
| Total Internal/Transfer Receipts: | $1,291.72 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,745.95 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 09-10671-PSH | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | LANE, DALVINA A | | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | ******1549 | | **Money Market Acct #:** | ******0671 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | MMA |
| **For Period Beginning:** | 3/27/2009 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 5/17/2011 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $2,954.94 | $2,954.94 | $0.00 |

**For the period of 3/27/2009 to 5/17/2011**

| | |
|---|---|
| Total Compensable Receipts: | $2,954.94 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,954.94 |
| Total Internal/Transfer Receipts: | $4,037.67 |
| | |
| Total Compensable Disbursements: | $2,954.94 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,954.94 |
| Total Internal/Transfer Disbursements: | $4,037.67 |

**For the entire history of the case between 03/27/2009 to 5/17/2011**

| | |
|---|---|
| Total Compensable Receipts: | $2,954.94 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,954.94 |
| Total Internal/Transfer Receipts: | $4,037.67 |
| | |
| Total Compensable Disbursements: | $2,954.94 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,954.94 |
| Total Internal/Transfer Disbursements: | $4,037.67 |